JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BARROWS, an individual, and ERIC JOHN LUDOVICO, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>            Defendant. | Case No. 8:24-cv-02624-JVS-KES<br><br>Assigned to: Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISSS ENTIRE ACTION WITH PREJUDICE [23]** |

The Court, having read and considered *the Joint Stipulation to Dismiss Entire Action With Prejudice* ("Stipulation") filed on behalf of Plaintiffs Michael Barrows and Eric John Ludovico and Defendant Financial Industry Regulatory Authority, Inc., and finding good cause thereon, hereby grants the Stipulation and the entire action is dismissed with prejudice and all upcoming hearing dates are hereby vacated. The Clerk of Court should close the case.

**IT IS SO ORDERED.**

DATED: January 24, 2025

_____
HON. JAMES V. SELNA
United States District Judge